**634**

The People of the State of Illinois, defendant in error, v. John Narowetz, Jr., plaintiff in error. Gen. No. 8,307.

Heard in this court at the October term, 1930. Opinion filed March 25, 1931.

Nichols, Jewett & Dahlin, for plaintiff in error. Vincent S. Lumley, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

C. R. Downing, appellee, v. Rockford Cab and Driveyourself Company, appellant. Gen. No. 8,336.

Heard in this court at the February term, 1931. Opinion filed March 25, 1931.

Gus S. Brown, for appellant. Large & Reno, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Minnie A. McMullen, appellant, v. Sam Fotna, appellee. Gen. No. 8,253.

Heard in this court at the October term, 1930. Opinion filed March 25, 1931.

Arthur A. Lowry, for appellant. Adsit, Thompson & Herr, for appellee.

Mr. Justice Jones delivered the opinion of the court.

J. B. Whitehead, appellee, v. William Anderson and H. O. Swanson, appellants. Gen. No. 8,263.

Heard in this court at the October term, 1930. Opinion filed March 25, 1931.

Large & Reno and W. J. Berry, for appellants. Welsh & Welsh, for appellee.

Mr. Justice Jones delivered the opinion of the court.